UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER L. EDWARDS,

    Plaintiff,

v.                                                    Case No: 5:22-cv-383-WWB-PRL

DR. ELIZABETH GNAGY and
MARY TRESSLER,

    Defendants.
_____

## ORDER

Plaintiff, Christopher Edwards, initiated this action on August 26, 2022, by filing a pro se Civil Rights Complaint (Doc. 1). Edwards filed a Second Amended Complaint (Doc. 24) on November 23, 2022. Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 26) on December 7, 2022. Plaintiff was directed to file a response to Defendants' Motion to Dismiss (Doc. 26) on or before April 3, 2023. (*See* Doc. 32).

Plaintiff failed to timely file a response to Defendants' Motion to Dismiss. Therefore, on April 12, 2023, the Court directed Plaintiff to show cause, within twenty-one days of the Order, why this action should not be dismissed for his failure to respond to the Motion to Dismiss, keep the Court apprised of his current address, or otherwise prosecute the case. (*See* Doc. 33). The Court advised Plaintiff that failure to timely comply may result in the dismissal of this case without further notice. (*See id*. (citing M.D. Fla. R. 3.10)).

In prosecuting this action, Plaintiff is responsible for complying with this Court's Orders. As of the date of this Order, he has neither complied with the Court's Orders (Doc.

Nos. 32, 33), nor explained his noncompliance. Given that the designated time to comply with the Court's Order passed on May 3, 2023, and Plaintiff has failed to respond to Defendants' Motion to Dismiss, the Court concludes that the dismissal of this case is appropriate at this time. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal.").

Accordingly, it is now **ORDERED** and **ADJUDGED**:

1. This case is **DISMISSED without prejudice**.
2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Orlando, Florida, on May 10, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

cc: Christopher L. Edwards, #U26170
Counsel of Record

2